Ralph H. Freund and Freund Dredging, Inc., a Delaware Corporation, Plaintiffs-Appellees, v. The Equitable Life Assurance Society of the United States and Mark Horwitz, Defendants; The Equitable Life Assurance Society of the United States, Defendant-Appellant.

Gen. No. 48,885.

First District, Third Division.

May 1, 1963.

Mayer, Friedlich, Spiess, Tierney, and Brown & Platt, all of Chicago (Miles G. Seeley, Wm. Bruce Hoff and George W. Hamman, of counsel), for appellant; Durka and Fisher, of Waukegan (Stanley A. Durka, of counsel), for appellees. Opinion by JUSTICE SCHWARTZ. Not to be published in full.